```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PSG POKER, LLC, and PHIL GORDON,        :
                            Plaintiffs, :
                                        :   06 Civ. 1104 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
                                        :
TONY DeROSA-GRUND, PROJO POKER          :
TOURNAMENT SERIES, LLC., PROJO POKER    :
TOURNAMENT SERVICES, LLC., and PROJO    :
POKER TOURNAMENT SERVIES, LLC.,         :
                            Defendants. :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

DENISE COTE, District Judge:

Plaintiffs PSG Poker, LLC and its principal member Phil Gordon brought this suit for breach of contract and fraudulent inducement in connection with a contract for the production of a poker television program. On December 4, 2006, following the withdrawal of counsel for the individual defendant Tony DeRosa-Grund and the failure of counsel to appear on behalf of the corporate defendants, a default was entered against defendants Projo Poker Tournament Series, LLC, Projo Poker Tournament Services, LLC, and Projo Poker Tournament Services, LLC. Plaintiffs moved for summary judgment on December 12, 2006, against DeRosa-Grund, the sole remaining defendant. On June 26, 2007, plaintiffs' motion was denied without prejudice to its renewal after additional discovery. Plaintiffs then filed a

renewed motion for summary judgment against DeRosa-Grund, and that motion was granted in a January 22, 2008 Opinion. The matter was then referred to the Magistrate Judge for an inquest on the issue of damages, and an August 15, 2008 opinion adopted the Magistrate Judge's Report & Recommendation as to damages. On September 24, 2008, judgment was entered against DeRosa-Grund $340,000 in compensatory damages, $200,000 in punitive damages, and $36,266.70 in attorneys fees, for a total of $576,266.70, together with interest calculated at the rate of 9% per year, compounded annually, on a principle amount of $170,000 running from January 1, 2006 to the date of judgment of $45,274.28, and also on a principle amount of $170,000 running from January 1, 2007 to the date of judgment of $27,499.34, for a total of $649,040.32. On April 20, 2009, DeRosa-Grund filed a Motion for Relief From Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. It is hereby

ORDERED that plaintiffs' opposition to the motion shall be due **May 15, 2009**, and DeRosa-Grund's reply papers, if any, must be filed by **June 5, 2009**. Either party may request to have the date for the motion extended, and they will be extended if the party requesting the extension demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

2

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         April 23, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Jonathan J. Ross
Caplan & Ross, L.L.P.
100 Park Avenue, 18th Floor
New York, NY, 10017

Tony DeRosa-Grund
923 High Meadow Ranch Drive
Magnolia, TX 77356